IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**TYRONE ELLIS,**  PLAINTIFF
**ADC #149250**

v.   Case No: 2:14-cv-00071-KGB-JJV

**DANNY BURL, Warden, East**
**Arkansas Regional Unit;** *et al.*,   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 12). No objections have been filed, and the time to do so has now passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is, therefore, ordered that defendant Warden Danny Burl is dismissed from this action for failure to state a claim upon which relief may be granted.

SO ORDERED this 4th day of August, 2014.

_____
Kristine G. Baker
United States District Judge