IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**TYRONE ELLIS,**                                                                                      **PLAINTIFF**
**ADC #149250**

v.                              Case No: 2:14-cv-00071-KGB-JJV

**DANNY BURL, Warden, East**
**Arkansas Regional Unit;** *et al.*,                                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 150) and the various filings and objections filed by plaintiff Tyrone Ellis since Judge Volpe's Recommendations were entered (Dkt. Nos. 151-162). After carefully considering the objections and conducting a *de novo* review of the record, the Court approves and adopts the Recommendations in their entirety as this Court's findings in all respects. The Court denies any pending motions as moot.

It is therefore ordered that:

1. The Clerk of Court shall alter the docket to reflect that defendant Bishop is "Harry Bishop."

2. Defendants' motion for summary judgment is granted (Dkt. No. 133).

3. Mr. Ellis's claims against defendants Harry Bishop and William Gay are dismissed with prejudice.

4. Mr. Ellis's motion for summary judgment is denied (Dkt. No. 146).

5. Mr. Ellis's claims against defendants John Does 1-3 are dismissed without prejudice due to Mr. Ellis's failure to state a viable claim against these defendants.

6. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

SO ORDERED this 11th day of August, 2015.

_____
Kristine G. Baker
United States District Judge