IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**TYRONE ELLIS,**  **PLAINTIFF**
**ADC #149250**

v.        Case No: 2:14-cv-00071-KGB-JJV

**DANNY BURL, Warden, East**
**Arkansas Regional Unit;** *et al.***,**        **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered in this matter on this date, the Court dismisses with prejudice Mr. Ellis's claims against defendants Harry Bishop and William Gay. The Court dismisses without prejudice Mr. Ellis's claims against defendants John Does 1-3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

SO ADJUDGED this 11th day of August, 2015.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge